

final pymt
special assessment

recipt # 06-502

$ 20.00

CR CR 01-37E