IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America    )
                            )
        vs.                 )        Criminal Number 01-37E
                            )
LONDON MCDONALD             )

The above named defendant satisfied the judgment of JULY 09, 2002 by paying on SEPTEMBER 15, 2006 the full balance due on his/her court ordered:

          __X__ Assessment
          _____ Fine
          _____ Costs
          _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  _____
Deputy Clerk                          Date